■ ADAMANTIA LEVETSIOS, as Personal Representative of EVANGELOS LEVETSIOS, Deceased, Appellant, v ARGYLE SHIPPING COMPANY, S. A., et al., Respondents. — Order, Supreme Court, New York County, entered on March 5, 1980, unanimously affirmed, on the opinion of Shapiro, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur — Murphy, P. J., Birns, Fein, Lupiano and Silverman, JJ.

4 In the Matter of BANK HAPOALIM B. M. et al., Petitioners, v DENNIS EDWARDS et al., Respondents. — Application for a writ of prohibition, unanimously denied, and cross motion to dismiss the petition granted and the petition dismissed without costs and without disbursements. We have reviewed Justice Edward's oral direction to the same extent as if it had been reduced to a written order. No opinion. Concur — Murphy, P. J., Birns, Sullivan, Lupiano and Silverman, JJ.